UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  BENJAMIN M. HARRIS        §        Case No. 14-82509
        WANDA F. HARRIS           §
                                  §
            Debtor(s)             §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 08/14/2014.

2) The plan was confirmed on 11/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 04/25/2017.

6) Number of months from filing or conversion to last payment: 32.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $46,508.00.

10) Amount of unsecured claims discharged without full payment: $53,422.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 41,087.34 | |
| Less amount refunded to debtor(s) | $ 316.11 | |
| **NET RECEIPTS** | | $ 40,771.23 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,438.75 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,900.70 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,339.45 |
| Attorney fees paid and disclosed by debtor(s): | $ 4,000.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 0.00 | 6,438.75 | 6,438.75 | 2,438.75 | 0.00 |
| BANK OF AMERICA NA | Sec | 31,000.00 | 29,559.24 | 10,485.36 | 10,485.36 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 76.19 | 76.19 | 76.19 | 76.19 | 0.83 |
| 1ST REVENUE ASSURANCE | Uns | 2,957.00 | NA | NA | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE CASH EXPRESS | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 1,038.00 | 6,655.00 | 6,655.00 | 6,655.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 308.00 | NA | NA | 0.00 | 0.00 |
| ALPINE BANK & TRUST | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 400.00 | 333.14 | 333.14 | 333.14 | 0.00 |
| AMERIMARK PREMIER | Uns | 166.00 | NA | NA | 0.00 | 0.00 |
| ASCENT CARD SERVICES LLC | Uns | 643.00 | NA | NA | 0.00 | 0.00 |
| ASHRO LIFESTYLE | Uns | 1,300.00 | 1,409.83 | 1,409.83 | 1,409.83 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 648.00 | 698.06 | 698.06 | 698.06 | 0.00 |
| CERASTES, LLC | Uns | 1,144.00 | 1,978.19 | 1,978.19 | 1,978.19 | 0.00 |
| CAPITAL ONE | Uns | 2,414.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,624.00 | 913.66 | 913.66 | 913.66 | 0.00 |
| CBC | Uns | 143.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHECK N GO | Uns | 2,200.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Uns | 14,812.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL / HSN | Uns | 791.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE COMPANY | Uns | 313.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK NA | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,065.00 | 745.50 | 745.50 | 745.50 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,124.00 | 806.84 | 806.84 | 806.84 | 0.00 |
| CREDIT ONE BANK | Uns | 3,298.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 302.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 187.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 415.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 186.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| CRESCENT RECOVERY LLC | Uns | 1,227.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 1,116.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS HEALTHCARE | Uns | 177.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 1,125.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 453.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 729.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 734.00 | 807.32 | 807.32 | 807.32 | 0.00 |
| FOOT FIRST PODIATRY | Uns | 83.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GENESIS FINANCIAL SOLUTIONS | Uns | 1,700.00 | NA | NA | 0.00 | 0.00 |
| GRAND VICTORIA CASINO | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| GREAT SMILES OF ROCKFORD | Uns | 324.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,127.00 | 975.15 | 975.15 | 975.15 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 64.00 | 169.43 | 169.43 | 169.43 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 7.48 | 7.48 | 7.48 | 0.00 |
| JC CHRISTENSEN & ASSOCIATES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 636.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 1,134.00 | NA | NA | 0.00 | 0.00 |
| MABT / CONTFIN | Uns | 242.00 | NA | NA | 0.00 | 0.00 |
| MACYS | Uns | 1,130.00 | NA | NA | 0.00 | 0.00 |
| MARIN | Uns | 2,431.00 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Uns | 560.00 | 554.28 | 554.28 | 554.28 | 0.00 |
| MONROE & MAIN | Uns | 500.00 | 612.64 | 612.64 | 612.64 | 0.00 |
| MONTGOMERY WARD | Uns | 38.00 | 52.65 | 52.65 | 52.65 | 0.00 |
| OAK HARBOR CAPITAL LLC | Uns | 1,418.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 1,062.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 815.00 | 365.93 | 365.93 | 365.93 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Uns | 2,358.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 203.00 | 700.57 | 700.57 | 700.57 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 3,167.00 | 7.00 | 7.00 | 7.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 277.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD UROLOGICAL | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| SFC | Uns | 1,536.00 | 785.84 | 785.84 | 785.84 | 0.00 |
| T - MOBILE | Uns | 922.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Uns | 504.00 | 598.79 | 598.79 | 598.79 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 1,109.00 | 1,208.45 | 1,208.45 | 1,208.45 | 0.00 |
| VANDA LLC | Uns | 1,641.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 160.00 | 140.05 | 140.05 | 140.05 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,888.00 | 2,069.72 | 2,069.72 | 2,069.72 | 0.00 |
| ALICIA HARRIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 1,359.67 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Sec | 0.00 | 26,785.19 | 0.00 | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 0.00 | 675.34 | 675.34 | 675.34 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 1,142.59 | 1,142.59 | 1,142.59 | 0.00 |
| SFC | Uns | 0.00 | 455.95 | 455.95 | 455.95 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 10,485.36 | $ 10,485.36 | $ 0.00 |
| Debt Secured by Vehicle | $ 76.19 | $ 76.19 | $ 0.83 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,561.55 | $ 10,561.55 | $ 0.83 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 169.43 | $ 169.43 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 169.43 | $ 169.43 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 24,699.97 | $ 24,699.97 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 5,339.45 | |
| Disbursements to Creditors | $ 35,431.78 | |
| **TOTAL DISBURSEMENTS:** | | $ 40,771.23 |

     12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>07/20/2017</u>        By:  <u>/s/ Lydia S. Meyer</u>
                                       Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.